SCWC-17-0000327

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CINDY CHURAN KODAMA, Respondent/Plaintiff-Appellee,

vs.

ALAN HARUO KODAMA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000327; FC-D NO. 08-1-2862)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

   Petitioner/Defendant-Appellant Alan Haruo Kodama's application for writ of certiorari filed on September 18, 2019, is hereby rejected.

   DATED:  Honolulu, Hawaiʻi, October 28, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

